# United States District Court
### for the
### Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 09 mj 673 |
| LOUIS EDWARDS, JR. | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 30, 2009, in the County of Monroe in the Western District of New York, the defendant violated 49 U.S.C. § 46505(b)(1), an offense described as follows:

the defendant(s) did attempt to get on an aircraft intended for operation in air transportation while possessing a concealed dangerous weapon that would be accessible to the defendant in flight, in violation of Title 49, United States Code, Section 46505(b)(1).

This criminal complaint is based on these facts:

- Continued on the attached sheet.

*Complainant's signature*

Leonard Opanashuk, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 4, 2009

*Judge's signature*

Honorable Jonathan W. Feldman
United States Magistrate Judge
*Printed name and title*

City and State: ROCHESTER, NEW YORK

## AFFIDAVIT

## IN SUPPORT OF A CRIMINAL COMPLAINT

State of New York  )
County of Monroe   )   ss:
City of Rochester  )

Leonard Opanashuk, being duly sworn, deposes and says:

1. I am a Special Agent for the Federal Bureau of Investigation (FBI). I have been employed at the FBI for approximately 9 years. I am currently assigned to the Buffalo Division, Rochester, New York, Resident Agency. My duties involve investigating federal crimes including violations of Title 49, United States Code, Section 46505(b)(1).

2. This affidavit is made in support of an application for a complaint and summons charging LOUIS EDWARDS, JR. ("EDWARDS"), born in October 1969, residing at Horseheads, New York, with a violation of Title 49, United States Code, Section 46505(b)(1) (carrying a weapon or explosive on an aircraft).

3. This information set forth below has been obtained through your affiant's conversations with EDWARDS and other law enforcement officers including members of the Monroe County

Sheriff's Department and from reports generated by other law enforcement officers.

4. On Friday, October 30, 2009, at approximately 11:45 a.m., security screeners at the Greater Rochester International Airport (GRIA), Rochester, New York (NY), observed a loaded handgun in the large, black duffel carry-on baggage of EDWARDS as it was being x-rayed at the security check point of the A Concourse of the GRIA. EDWARDS possessed a boarding pass for AirTran Airways Flight 585 departing Rochester, New York, at 1:11 p.m. to arrive in Orlando, Florida, at 3:54 p.m.

5. EDWARDS was stopped at the security check point at the A Concourse and Deputy Joe McCain of the Monroe County Sheriff's Office secured the carry-on baggage. EDWARDS acknowledged that the carry-on baggage belonged to him. A Titan 25 caliber handgun containing 7 rounds of ammunition was found in the carry-on bag.

6. According to EDWARDS, he had forgotten that the handgun was in the duffel bag. EDWARDS stated that the gun was not his. During the weekend of October 17, 2009, EDWARDS and his wife attended a wedding in Detroit, Michigan. After the wedding, EDWARDS met up with a friend known as "Jay Anderson." According

to EDWARDS, the gun belonged to Anderson and he had taken the gun from Anderson's possession when Anderson began to express suicidal thoughts. EDWARDS put the gun in one of his bags and returned home to Horseheads, NY, without thinking about it. According to EDWARDS, he never told his wife, Athenia Edwards, about the gun.

7. According to EDWARDS, the trip to Florida on October 30, 2009, was a 40th birthday surprise from his wife. EDWARDS's wife, Athenia, confirmed to your affiant that this trip to Orlando, Florida, was supposed to be a surprise for EDWARDS and her son. Athenia Edwards also confirmed that she and her husband had attended a wedding in Detroit, Michigan, during the weekend of October 17, 2009. Athenia Edwards had no idea about the gun taken from Jay Anderson although she confirmed that EDWARDS spent some time with Anderson the weekend of October 17th-18th, 2009.

8. Therefore, based on the information set forth in this Affidavit, your affiant submits that there is probable cause to believe that on October 30, 2009, in the Western District of New York, LOUIS EDWARDS, JR., attempted to get on an aircraft intended for operation in air transportation while possessing a concealed dangerous weapon that would be accessible to him, in flight, in violation of Title 49, United States Codes, Section

46505(b)(1).  It is further respectfully requested that a criminal complaint and warrant be issued.

Dated: November _____, 2009

_____
LEONARD OPANASHUK
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 4 day of November, 2009.

_____
Honorable Jonathan W. Feldman
United States Magistrate Judge
Western District of New York