# UNITED STATES DISTRICT COURT
for the
Western District of New York

*FILED JUN -7 2010 MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 10-CR-6089 (DGL) |
| ) | |
| LOUIS EDWARDS, JR. ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/7/10

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

ROBERT G. SMITH, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

U.S. DISTRICT JUDGE DAVID G. LARIMER
*Judge's printed name and title*