IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

   v.                10-CR-6089(DGL)

LOUIS EDWARDS, JR.,

    Defendant.

---

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government adopts all the findings of the Pre-sentence Report with respect to sentencing factors.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100.00 due at sentencing at the time of sentencing.

  DATED:  Rochester, New York, August 31, 2010

           Respectfully submitted,

          WILLIAM J. HOCHUL, JR.
          United States Attorney

        By: <u>s/Tiffany H. Lee</u>
          TIFFANY H. LEE
          Assistant United States Attorney
          United States Attorney's Office
          Western District of New York
          100 State Street, Suite 620
          Rochester, New York 14614
          (585) 263-6760, ext. 2251
          Tiffany.Lee@usdoj.gov

cc. Robert G. Smith, Esq.

   U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                     10-CR-6089(DGL)

LOUIS EDWARDS, JR.,

      Defendant.
_____


CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2010, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

    Robert G. Smith, Esq.


                                              s/Patricia Reis
                                              Patricia Reis