UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     v.                                              10-CR-6089-L

**LOUIS EDWARDS, JR.,**

                **Defendant.**

## STATEMENT BY DEFENDANT
## REGARDING THE PRESENTENCE REPORT

The Defendant acknowledges receipt of the Presentence Report prepared by the United States Department of Probation. After reviewing same, the Defendant does not object to, or dispute, any of the factual findings or legal conclusions therein.

DATED:     October 4, 2010
                Rochester, New York

                                                  Respectfully submitted,

                                                   /s/Robert G. Smith
                                                Robert G. Smith
                                               Assistant Federal Public Defender
                                               Federal Public Defender's Office
                                               28 E. Main Street, Suite 400
                                               Rochester, New York 14614
                                               585-263-6201
                                               robert_smith@fd.org

TO:    Tiffany Lee, AUSA
          David B. Spogen, USPO

AO 72A
(Rev. 8/82)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

        v.                                             10-CR-6089-L

**LOUIS EDWARDS, JR.,**

        **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.      Tiffany Lee, AUSA – tiffany.lee@usdoj.gov

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participant(s).

1.      David B. Spogen, USPO, 1110 Federal Bldg., Rochester, NY 14614

                          /s/Diane Pomponio
                        Federal Public Defender's Office
                        28 E. Main Street, Suite 400
                        Rochester, New York 14614
                        585-263-6201